01-15-0197-CV

2/25/2015 11:17:52 AM
Chris Daniel - District Clerk Harris County
Envelope No. 4275629
By: Phyllis Washington
Filed: 2/25/2015 11:17:52 AM

## CAUSE NO. 2012-33464-A

| | | |
|---|---|---|
| LETICIA B. LOYA | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HARRY L. TINDALL, | § | |
| INDIVIDUALLY, | § | |
| AND TINDALL & ENGLAND | § | |
| Defendants. | § | 190th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Leticia B. Loya, Plaintiff in the above-named case, hereby appeals to the First or the Fourteenth Houston Court of Appeals from the district court's order granting the Amended Motions to Dismiss Based on Mandatory Forum Selection Clauses of Vitol, Inc., Michael Metz, and Antonio Maarraoui signed December 9, 2014; as well as the district court's order granting Miguel Loya's Motion to Dismissed Based on a Mandatory Forum Selection Clause signed January 15, 2015.[1]

---

[1] The District Court signed the Order of Severance rendering these final and appealable orders on January 26, 2015 and an Amended Severance Order clarifying the docket number.

1

Respectfully submitted,

**PROVOST ⭑ UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 813-8605 (FAX)


By:  /s/ Jennifer Job
　　　Jennifer Job
　　　State Bar No. 24050682
　　　James E. Payne
　　　State Bar No. 00788171

ATTORNEY FOR PLAINTIFF


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished to all known counsel of record via EFILE and/or certified mail, return receipt requested on this 25th day of February, 2015.


　　　　　　　　　　　/s/ Jennifer Job
　　　　　　　　　　Jennifer Job

2

01-14-1014-CV     Severance Order

ACCEPTED
01-14-01014-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 11:59:17 AM
CHRISTOPHER PRINI
CLERK



## PROVOST ★ UMPHREY

### LAW FIRM L.L.P.

File Stamped
Talk to Kim

**JENNIFER JOB**
ATTORNEY

BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

February 25, 2015

## DESIGNATION OF RECORD ON APPEAL

Civil/Family Post Trial Department
201 Caroline, Suite 250
Houston, Texas 77210

        RE:     Case # 2012-33464 —A
              Styled: *Leticia B. Loya v. Ian Taylor, Jacobus Sterken, Stichting Tinsel Group, Vitol Holding II S.A., and Tinsel Group S.A.*

Dear Sir or Madam:

Plaintiff filed a notice of appeal in this case on February 25, 2015. In accordance with Appellate Rule 34.5(a) and (b), Plaintiffs request the clerk to prepare a clerk's record of the proceedings in this case for inclusion in the appellate record.

Plaintiff requests the following items be included in the clerk's record. This list includes those items required by Appellate Rule 34.5(a);

1.     The Court's docket sheet;

2.     Plaintiffs' Original Petition, filed June 7, 2012;

3.     Plaintiff's First Amended Petition and Jury Demand, filed June 6, 2014;

4.     Defendant Miguel A. Loya's Original Answer, filed July 7, 2014;

5.     Defendant Michael Metz & Antonio Maarraoui's Joint Motion to Dismiss Based on a Mandatory Forum Selection Clause, Plea to the Jurisdiction, Plea in Abatement, Special Exceptions, and Subject Thereto, General Denial and Affirmative Defenses to Plaintiff's First Amended Petition, filed July 26, 2014;

6.     Defendant Miguel A. Loya's Motion to Dismiss for Lack of Jurisdiction, Motion to Dismiss Based on a Mandatory Forum Selection Clause, and Motion to Stay and Application for Order Compelling Arbitration, filed August 18, 2014;

490 PARK STREET • P.O. BOX 4905 • BEAUMONT, TEXAS 77704
409-835-6000 • 1-800-289-0101 • FAX 409-838-8888
jjob@pulf.com • www.provostumphrey.com

Beaumont, TX • Houston, TX • Nashville, TN • North Little Rock, AR

7. Defendant Ian Taylor's Special Appearance, Motion to Dismiss Based on Mandatory Forum Selection Clause, Plea to Jurisdiction, Plea in Abatement, Special Exceptions and Subject Thereto General Denial and Affirmative Defenses to Plaintiff's First Amended Petition, filed 7/26/14;

8. Defendant Vitol Defendants' Amended Motion to Dismiss Based on Mandatory Forum Selection Clauses, filed October 27, 2014;

9. Plaintiff Leticia B. Loya's Response to Vitol Defendants' Amended Motion to Dismiss Based on Mandatory Forum Selection Clauses, filed November 3, 2014;

10. Plaintiff Leticia B. Loya's Response to Miguel Loya's Motion to Dismiss for Lack of Jurisdiction, Motion to Dismiss Based on a Mandatory Forum Selection Clause, and Motion to Stay and Application for Order Compelling Arbitration, filed November 3, 2014;

11. The trial court's Letter to the Parties, filed December 2, 2014;

12. Order signed granting Vitol, Inc., Michael Metz, and Antonio Maarraoui's Amended Motion to Dismiss Based on Mandatory Forum Selection Clauses, filed December 9, 2014;

13. Miguel A. Loya's Reply to Leticia Loya's Response to Miguel A. Loya's Motion to Dismiss Based on a Mandatory Forum Selection Clause, field January 13, 2015;

14. Order signed Denying Miguel Loya's Motion to Stay and Application for Order Compelling Arbitration, filed January 15, 2015;

15. Order signed Denying Miguel Loya's Motion to Dismiss for Lack of Jurisdiction, filed January 15, 2015;

16. Order signed Granting Miguel Loya's Motion to Dismiss Based on a Mandatory Forum Selection Clause, filed January 15, 2015;

17. Plaintiff Leticia B. Loya's Sur-Reply to Miguel Loya's Motion to Dismiss Based on a Mandatory Forum Selection Clause, filed January 20, 2015;

18. Order of Severance, Filed January 26, 2015;

19. Amended Order of Severance, filed February 19, 2015;

20. The notice of appeal filed February 25, 2015;

21. A copy of this request, filed this date.

2

22.    A certified bill of costs, including the cost for preparing the clerk's record, showing any credits for payments made.

Should you require any assistance in locating any of these items, please contact the undersigned attorney.

Sincerely,

Jennifer Job

JJ:gm